# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Robert Oliver**
      Plaintiff

vs.                      **CASE NUMBER: 6:22-cv-1386 (FJS)**

**Martin J. O'Malley**
*Commissioner of Social Security*
      Defendant

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's motion for judgment on the pleadings is DENIED. The Court further ORDERS that Defendant's motion for judgment on the pleadings is GRANTED. The Court Further ORDERS that the Commissioner's August 26, 2022 decision is AFFIRMED and Plaintiff's complaint if DISMISSED.

All of the above pursuant to the order of the Honorable **Frederick J. Scullin, Jr.**, dated January 30, 2024.

DATED: January 30, 2024

Clerk of Court

s/
Matthew Gerace
Deputy Clerk